| | |
|---|---|
| 1 | Shapiro, Van Ess & Sherman, LLP |
| | 3636 N. Central Ave., Suite #400 |
| 2 | Phoenix, AZ 85012 |
| | (602) 222-5711 |
| 3 | (602) 222-5701 Facsimile |
| | (847) 627-8802 Facsimile |
| 4 | AZNotices@logs.com, e-mail |
| | Jason P. Sherman, Bar # 019999 |
| 5 | Lydia R. Tulin, Bar #027093 |
| | Attorney for DEUTSCHE BANK TRUST COMPANY |
| 6 | AMERICAS, as Trustee for Residential Accredit Loans, |
| | Inc., Mortgage Asset-Backed Pass-Through Certificates, |
| 7 | Series 2007-QH6 FHA/VA/RHS: Nationstar Mortgage |
| | LLC d/b/a Mr. Cooper |
| 8 | [FILE 19-027523 CXE] |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| In re: | Case # 2:19-bk-13869-MCW |
|---|---|
| MELODY K DURGIN AND LARRY M DURGIN, JR, | Chapter 7 |
| Debtors. | |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-QH6 FHA/VA/RHS: NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, its assigns and / or successors-in-interest, Movant, v. MELODY K DURGIN AND LARRY M DURGIN, JR, Lawrence J Warfield, Trustee, Respondents. | NOTICE OF FILING OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND NOTICE OF REQUIREMENT TO FILE AN ANSWER<br><br>Re: Real Property located at 9024 South Placita Rancho De La Vista Vail, AZ 85641 |

**NOTICE IS GIVEN** that the undersigned attorney represents the Movant and has filed a motion requesting relief from the automatic stay the details of which are as follows: Movant is the holder or servicer of a Note secured by a Deed of Trust recorded against certain real property described below. Movant is seeking relief from the automatic stay to foreclose its Deed of Trust, due to default in payment on the Note.

**Legal Description:**
LOT 18 OF RANCHO LOMA ALTA ACCORDING TO THE MAP RECORDED IN BOOK 58 OF MAPS, PAGE 90, RECORDS OF PIMA COUNTY, ARIZONA

**Property Address:** 9024 South Placita Rancho De La Vista, Vail, AZ 85641

For further particulars, please see the Motion on file with the clerk of the U.S. Bankruptcy Court in Arizona. General questions regarding this bankruptcy case should be addressed to the attorney for the DEBTOR, if any, at the address listed on the bankruptcy petition filed with the clerk of the U.S. Bankruptcy Court in Arizona. Do not direct general inquiries to our office.

**FURTHER, NOTICE IS GIVEN** that pursuant to Local Bankruptcy Rule 4001 if no written objection is filed with the Court and a copy served on the attorney for Movant whose address is shown at the upper left corner of this document **WITHIN 14 DAYS** of service of the motion, the motion for relief from the automatic stay may be granted without further notice or hearing. Only those parties filing objections will receive notice of any hearings on this matter.

DATED this 20 day of November, 2019.

_____
Jason P. Sherman
Lydia R. Tulin
Attorney for DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QH6 FHA/VA/RHS:
Nationstar Mortgage LLC d/b/a Mr. Cooper

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing were mailed on the below date to all interested parties as follows:

United States Bankruptcy Court
230 N. First Ave., Suite 204
Phoenix, AZ 85003-1706

Copy of the foregoing was mailed this 20 day of November, 2019 to:

Chapter 7 Trustee:

```
 1  Lawrence J Warfield
    PO Box 3350
 2  Carefree, AZ 85377

 3  Attorney for Debtors:
    Eric 1 Ollason
 4  182 N Court Ave
    Tucson, AZ 85701
 5
    Debtors:
 6  Larry M Durgin, Jr
    Melody K Durgin
 7  P.O. Box 755
    Show Low, AZ 85902
 8

 9  By /s/ [signature]
10
11
12
...
24
```